certiorari denied. Certiorari denied.

No. 95–9414. VAN POYCK v. UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to amend petition for writ of certiorari denied. Certiorari denied.

No. 96–109. HICKMAN v. COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Motion of Lawyer's Second Amendment Society et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 96–111. CENTRAL CARTAGE CO. v. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREA PENSION FUND ET AL. C. A. 7th Cir. Motion of National Association for Dispute Resolution, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–1534. CONSTELLATION DEVELOPMENT CORP. v. DOWDEN, SUCCESSOR TRUSTEE, ET AL., 518 U. S. 1017;

No. 95–1806. SHOFFEITT v. UNITED STATES, 517 U. S. 1246;

No. 95–8553. MESSLER ET AL. v. FARMER, JUDGE, DISTRICT COURT OF APPEAL OF FLORIDA, FOURTH DISTRICT, ET AL., 517 U. S. 1247;

No. 95–8705. LEKHOVITSER v. LEKHOVITSER, 518 U. S. 1022;

No. 95–8807. ABIDEKUN v. COOMBE, ACTING COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, 518 U. S. 1025;

No. 95–8947. STEDMAN v. UNITED STATES, 517 U. S. 1250; and

No. 95–9090. MACKENZIE v. INTERNAL REVENUE SERVICE ET AL., 518 U. S. 1027. Petitions for rehearing denied.

No. 95–8803. ST. LOUIS v. TEXAS WORKERS' COMPENSATION COMMISSION ET AL., 518 U. S. 1024. Motion for leave to file petition for rehearing denied.